HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
RAYMUNDO MESA

IN THE UNITED STATES DISTRCIT COURT

FOR THE EASTER DISTRCIT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:14-CR-00205-LKK |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| RAYMUNDO MESA, | |
| Defendant. | DATE: September 23, 2014<br>TIME: 9:15 a.m.<br>JUDGE: Hon. Lawrence K. Karlton |

It is hereby stipulated and agreed to between the United States of America through, Assistant United States Attorney JASON HITT and defendant RAYMUNDO MESA by and through his counsel Assistant Federal Defender BENJAMIN GALLOWAY that the status conference set for August 26, 2014 be continued to September 23, 2014 at 9:15 a.m. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T-4).

Specifically, defense counsel needs additional time to review discovery with the defendant, continue investigating the facts of the case, and discuss a proposed disposition.

*U.S.A. v. Mesa*
Stipulation and Order

-1-

1    The parties stipulate and agree that the interests of justice served by granting this
2    continuance outweigh the best interests of the public and the defendant in a speedy trial. 18
3    U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4).

4    Dated: August 20, 2014                         Respectfully submitted,

5                                                    HEATHER E. WILLIAMS
                                                     Federal Defender
6
                                                     */s/ Benjamin Galloway*
7                                                    BENJAMIN GALLOWAY
                                                     Assistant Federal Defender
8                                                    Attorney for Defendant
                                                     RAYMUNDO MESA
9

10   Dated: August 20, 2014                         BENJAMIN B. WAGNER
                                                     United States Attorney
11
                                                     */s/ Benjamin Galloway for*
12                                                   JASON HITT
                                                     Assistant United States Attorney
13                                                   Attorney for Plaintiff

14

15

16                                              ORDER

17

18   The Court, having received, read, and considered the stipulation of the parties, and good
19   cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The
20   Court specifically finds that the failure to grant a continuance in this case would deny counsel
21   reasonable time necessary for effective preparation, taking into account the exercise of due
22   diligence.  The Court finds that the ends of justice to be served by granting the requested
23   continuance outweigh the best interests of the public and defendant in a speedy trial.
24   / / /
25   / / /
26   / / /
27   / / /
28   / / /

1  The Court orders that the time from the date of the parties stipulation, up to and including
2  September 23, 2014 shall be excluded from computation of time within which the trial of this
3  case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and
4  (B)(iv) [reasonable time for counsel to prepare] (Local Code T4).  It is further ordered that the
5  August 26, 2014 status conference shall be continued until September 23, 2014, at 9:15 a.m.

7  IT IS SO ORDERED.

8  Dated: August 25, 2014

```
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```