1    HEATHER E. WILLIAMS, #122664
     Federal Defender
2    Benjamin D. Galloway, #214897
     Assistant Federal Defender
3    801 I Street, 3rd Floor
     Sacramento, CA  95814
4    Tel: 916-498-5700/Fax 916-498-5710
     benjamin.galloway@fd.org
5

6    Attorney for Defendant
     REYMUNDO MESA
7
                         IN THE UNITED STATES DISTRICT COURT
8
                        FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11   UNITED STATES OF AMERICA,            Case № 2:14-CR-00205-TLN

12              Plaintiff,                 STIPULATION AND ORDER
                                           TO CONTINUE STATUS CONFERENCE
13       v.

14   REYMUNDO MESA,                        DATE:       February 12, 2015
                                           TIME        9:30 a.m.
15              Defendant.                 JUDGE:      Hon. Troy L. Nunley

16

17       IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney,

18   through Jason S. Hitt Assistant United States Attorney, attorney for Plaintiff, and Heather

19   Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway,

20   attorney for REYMUNDO MESA, that the status conference scheduled for January 15, 2015 be

21   vacated and be continued to February 12, 2015 at 9:30 a.m.

22       Defense counsel requires additional time to review discovery with the defendant and

23   pursue investigation, as well as continue negotiations toward a non-trial disposition.

24        Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

25   excluded from this order's date through and including February 12, 2015,  pursuant to 18 U.S.C.

26   §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

27   based upon continuity of counsel and defense preparation.

28   ///

                                              -1-
                                                    *Stipulation and Order to Continue Status Conference*

1    DATED: January 12, 2015              Respectfully submitted,
                                          HEATHER E. WILLIAMS
2                                         Federal Defender

3
                                          */s/ Benjamin D. Galloway*
4                                         Benjamin D. Galloway
                                          Assistant Federal Defender
5                                         Attorney for Sean Erin Karjala

6    DATED: January 12, 2015              BENJAMIN B. WAGNER
                                          United States Attorney
7
                                          */s/ Benjamin D. Galloway for*
8                                         Jason S. Hitt
                                          Assistant U.S. Attorney
9                                         Attorney for Plaintiff

10

11                                        ORDER

12           IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

13   stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

14   its order. The Court specifically finds the failure to grant a continuance in this case would deny

15   counsel reasonable time necessary for effective preparation, taking into account the exercise of

16   due diligence.  The Court finds the ends of justice are served by granting the requested

17   continuance and outweigh the best interests of the public and defendant in a speedy trial.

18           The Court orders the time from the date the parties stipulated, up to and including

19   February 12, 2015, shall be excluded from computation of time within which the trial of this case

20   must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)

21   and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It

22   is further ordered** the January 15, 2015 status conference shall be continued until February 12,

23   2015, at 9:30 a.m.

24

25

26   Dated: January 12, 2015              _____
                                          Troy L. Nunley
27                                        United States District Judge

28

*Stipulation and Order to Continue Status Conference*